UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILYNN L. REVIS,

    Plaintiff,

v.                                            Case No. 09-13427

BAPTIST MANOR,

    Defendant.
                                                    /

**AMENDED[1] ORDER OF DISMISSAL**

       Pro se Plaintiff Marilynn Revis filed the above-captioned action on August 28, 2009. On September 16, 2009, this court ordered Plaintiff to show cause why the court should not dismiss Plaintiff's complaint for lack of subject matter jurisdiction. (9/16/09 Order at 1.) On September 28, 2009, Plaintiff filed a response to the court's order to show cause. Plaintiff's response was merely an elaboration of the fact allegations in her complaint—it provided no basis for jurisdiction. For the reasons stated in the court's September 16, 2008, "Order to Show Cause," the court lacks subject matter jurisdiction over Plaintiff's claim.

       Accordingly, IT IS ORDERED that Plaintiff Marilynn Revis's complaint is DISMISSED.

                                                           s/Robert H. Cleland
                                                           ROBERT H. CLELAND
                                                           UNITED STATES DISTRICT JUDGE

Dated: October 8, 2009

---

       [1]On September 30, 2009, the court issued an order dismissing Plaintiff's complaint. Because of a delay in docketing Plaintiff's response, the Order erroneously stated that Plaintiff had not timely responded to the court's "Order to Show Cause."

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 8, 2009, by electronic and/or ordinary mail.

                                                          s/Lisa G. Wagner
                                                          Case Manager and Deputy Clerk
                                                          (313) 234-5522